UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2015

_____

NOTICE TO FILE REPLY

_____

No. 15-4259,   US v. Under Seal
               1:14-cr-00349-GBL-1

**REPLY DUE: August 7, 2015**

TO: United States of America

A reply is required in connection with the pending motion to dismiss and response. The reply must be filed in the Office of the Clerk by the due date provided.

RJ Warren, Deputy Clerk
804-916-2702